UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Deshawn Marcus King**                                         **Docket No. 5:13-CR-296-2BO**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deshawn Marcus King, who, upon an earlier plea of guilty to Count 1, Conspiracy to Rob a Business Engaged in Interstate Commerce, in violation of 18 U.S.C. § 1951, and Count 3, Brandishing of a Firearm in Furtherance of a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 28, 2014, to the custody of the Bureau of Prisons for a term of 147 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Deshawn Marcus King was released from custody on June 7, 2023, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was submitted on November 7, 2023, stating the defendant submitted a urinalysis sample which tested positive for cocaine on October 30, 2023. The defendant agreed to participate in substance abuse counseling and it was requested that supervised release be modified to include the following condition: the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility. Your Honor ordered this modification on November 7, 2023.

A Violation Report was submitted on December 19, 2023, stating the defendant submitted a urinalysis sample which tested positive for cocaine on December 5, 2023. This officer recommended no further action be taken as the defendant would be attending a substance abuse assessment at First Step Services and the frequency of testing in the Surprise Urinalysis Program was increased. Your Honor agreed with this recommendation on December 19, 2023.

A Violation Report was submitted on February 22, 2024, stating the defendant submitted a urinalysis sample which tested positive for cocaine on February 8, 2024. This officer recommended no further action be taken at the defendant was enrolled in individual substance abuse counseling at First Step Services. Your Honor agreed with this recommendation on February 22, 2024.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has been participating in individual substance abuse counseling at First Step Services since December 27, 2023. The defendant discussed his recent cocaine use with his counselor and requested that he receive mental health treatment in addition to substance abuse counseling to prevent future relapses.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Deshawn Marcus King
Docket No. 5:13-CR-296-2BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: March 1, 2024

## ORDER OF THE COURT

Considered and ordered this ____1____ day of __March__, 2023, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge